**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7723**

———————————


GARFIELD WILLIAM HOLLEY,

                                        Plaintiff - Appellant,

        versus


CLARK R. FARMER, Sergeant; RICHARD A. YOUNG;
B. EDMONDS,

                                        Defendants - Appellees.



———————————

**No. 01-7967**

———————————


GARFIELD WILLIAM HOLLEY,

                                        Plaintiff - Appellant,

        versus


CLARK R. FARMER, Sergeant; RICHARD A. YOUNG,
Regional Director; B. EDMONDS,

                                        Defendants - Appellees.



———————————

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-01-672-7, CA-01-610-1)

———————————

Submitted: February 14, 2002      Decided: February 22, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Garfield William Holley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garfield William Holley, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaints under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the records and find that the district court committed no reversible error. Further, Holley is estopped from raising the charge in his complaint regarding an alleged unlawful interrogation of another inmate because this claim has already been decided on the merits in previous litigation. Holley v. Baker, No. 00-6698 (4th Cir. Sept. 28, 2000) (unpublished), cert. denied, __ U.S. ___, 121 S. Ct. 2561 (2001). Accordingly, we dismiss the appeals on the reasoning of the district court. See Holley v. Farmer, Nos. CA-01-672-7; CA-01-610-1 (W.D. Va. Sept. 4, 2001; filed Oct. 12, 2001, entered Oct. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3